**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

☒ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **James J Gregorio**   JOINT DEBTOR: **Nancy Gregorio**   CASE NO.: 08-17987

Last Four Digits of SS# **xxx-xx-9634**   Last Four Digits of SS# **xxx-xx-8675**

☒   This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **53** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| A. | $ | **297.80** | for months | **1** | to | **48** | ; |
| B. | $ | 377.30 | for months | 49 | to | 53 | ; |
| C. | $ | | for months | | to | | ; in order to pay the following creditors: |

Administrative:   Attorney's Fee - $ **3,000.00**   TOTAL PAID $ **1,000.00**
               Balance Due    $ **2,000.00** payable $ 100.00   /month   (Months **1** to **20** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1.** Name: **Ford Credit**   Arrearage on Petition Date $ **1,565.28**
         **PO BOX 105697;**
         **Atlanta, GA 30348-**
Address: **5697** (PAYOFF)   Arrears Payment $ _____ /month (Months __ to __)
         **Account No:**
Account No: **036790555**   Regular Payment $ **32.61** /month (Months **1** to **48** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Ford Credit PO BOX 105697; Atlanta, GA 30348-5697 Account No: 038999274** | **2004 Ford F250 - 167,000** $ **8,008.33** | **8.25**% | **138.12** $ **238.12** | **1** To **20** **21** to **48** | **9,429.60** |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due  $ _____
         Payable  $ _____ /month   (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **343.00** /month (Months **49** to **53** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **Debtors surrender any interest in real property secured by Citi Residential Lending, the secured claim. Gemb/american Honda: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Debtors assume lease and shall make direct payments to Volkswagen Credit.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ K. Drake Ozment, Esq**                   **/s/ K. Drake Ozment, Esq**
**James J Gregorio**                           **Nancy Gregorio**
Debtor                                         Joint Debtor
Date: **September 18, 2008**                   Date: **September 18, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy